21 July 2004

Robert Portier
90662-038 HB
P.O.B. 879   FMC Devens
Ayer, MA 01432

04-40133

FILED
CLERK'S OFFICE
2004 JUL 22 P 1:03
U.S. DISTRICT COURT
DISTRICT OF MASS

Dear Clerk of Court,

Please find the enclosed check for $5.00, which is the filing fee for the Petition for Writ of Mandamus/or Habeas Corpus that I filed with you on 9 July 2004.

Robert Portier
Petitioner

vs

David L. Winn, Warden
Respondent

Thank you for your efforts in this matter.

Respectfully,
Robert Portier

FILING FEE PAID:
RECEIPT # 404369
AMOUNT $ 5.00
BY DPTY CLK S Jones
DATE 7-22-04