```
                    IN THE DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PORTIER,                 )
                                )
     Petitioner,                )
                                )
                                )
     v.                         )   CASE NO.: 04-40133-NG
                                )
                                )
                                )
DAVID WINN, Warden,             )
                                )
     Respondent.                )
```

**MOTION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT**

Now comes the respondent, David Winn, Warden, the Federal Medical Center in Devens, Massachusetts ("FMC Devens"),[1] who hereby moves this Court for a one month extension of time **up to and including October 22, 2004,** to answer or otherwise respond to the Complaint. As reasons therefore, the undersigned counsel for the respondent asserts that such an extension will allow counsel the necessary time to obtain relevant facts and background information of this matter.

The respondent asserts that there have been no prior requests for extensions in this action.

---

   [1]   This motion is not intended to be a responsive pleading. By the filing of this motion, the defendant is not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to him in the normal course of filing a responsive pleading. The defendant intends to raise those defenses when he answers or otherwise responds to the Complaint.

WHEREFORE, the respondent respectfully requests that this Court allow his motion for an extension of time **up to and including October 22, 2004,** to answer or otherwise respond to the Complaint.

        Respectfully submitted,

        DAVID WINN, WARDEN, FMC DEVENS

        By his attorney,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Gina Y. Walcott-Torres
By:  Gina Y. Walcott-Torres
     Assistant U.S. Attorney
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3369

Dated: September 15, 2004

**REQUEST FOR WAIVER OF LOCAL RULE 7.1(A)(2) CERTIFICATION**

The undersigned counsel hereby requests a waiver of the requirements of Local Rule 7.1(A)(2).  As reasons therefore, she asserts that the plaintiff, who is acting *pro se*, is incarcerated at the Federal Medical Center in Devens, Massachusetts.

        /s/ Gina Y. Walcott-Torres
        Gina Y. Walcott-Torres
        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

This is to certify that I have this 22nd day of September 2004, served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Robert Portier, *pro se,* Reg. No.  90662-038, Federal Medical Center Devens, P.O. Box 879, Ayer, MA 01432

        /s/ Gina Y. Walcott-Torres
        Gina Y. Walcott-Torres
        Assistant United States Attorney