IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PORTIER,                    )
                                   )
            Petitioner,            )
                                   )
                                   )
      v.                           )      CASE NO.: 04-40133-NG
                                   )
                                   )
                                   )
DAVID WINN, Warden,                )
                                   )
            Respondent.            )


### MOTION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT

Now comes the respondent, David Winn, Warden, the Federal Medical Center in Devens, Massachusetts ("FMC Devens"),[1] who hereby moves this Court for a fourteen-day extension of time **up to and including November 5, 2004,** to answer or otherwise respond to the Complaint.  The response was due on October 22, 2004.  However, due to an erroneous diary entry, the Assistant United States Attorney ("AUSA") assigned to this matter inadvertently failed to file the response in a timely manner.  In addition, the responsible AUSA underwent an emergency dental surgery on

---

[1]     This motion is not intended to be a responsive pleading.  By the filing of this motion, the respondent is not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to him in the normal course of filing a responsive pleading.  The respondent intends to raise those defenses when he answers or otherwise responds to the Complaint.

Tuesday, October 26, 2004, which has further impaired her ability to respond to the petition.

The respondent asserts that even though there has been one previous extension granted, this fourteen-day extension does not prejudice the petitioner.[2]

WHEREFORE, the respondent respectfully requests that this Court allow his motion for an extension of time **up to and including November 5, 2004,** to answer or otherwise respond to the Complaint.

Respectfully submitted,

DAVID WINN, WARDEN, FMC DEVENS

By his attorney,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Rayford A. Farquhar for
By:  Gina Y. Walcott-Torres
     Assistant U.S. Attorney
     John Joseph Moakley U.S.
     Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3369

---

[2]Assistant U.S. Attorney Rayford A. Farquhar was informed by Bureau of Prisons that Robert Portier has been released and is currently residing at 7 Laurel Street, Ware, Massachusetts.

2

Dated: October 27, 2004

### REQUEST FOR WAIVER OF LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby requests a waiver of the requirements of Local Rule 7.1(A)(2).  The Petitioner is acting *pro se*.

/s/ Rayford A. Farquhar for
Gina Y. Walcott-Torres
Assistant United States Attorney


### CERTIFICATE OF SERVICE

This is to certify that I have this 27th day of October 2004, served upon the persons listed below a copy of the foregoing *Motion to Extend Time in Which to Respond to Complaint* by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Robert Portier, pro se
7 Laurel Drive
Ware, MA 01082

/s/ Rayford A. Farquhar for
Gina Y. Walcott-Torres
Assistant United States Attorney

3