IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
ROBERT PORTIER,                 )
                                )
        Petitioner,              )
                                )
                                )
    v.                          )     CASE NO.: 04-40133-NG
                                )
                                )
                                )
DAVID WINN, Warden,             )
                                )
        Respondent.              )
```

**AFFIDAVIT OF RAYFORD A. FARQUHAR, ASSISTANT U.S. ATTORNEY**

On October 27, 2004, I, Rayford A. Farquhar, Assistant U.S. Attorney, had a telephone conversation with Gina Walcott-Torres, Assistant U.S. Attorney, in which she relayed to me the following:

1. The deadline in which to respond to the petition for writ of habeas corpus filed in this matter was October 22, 2004.

2. Due to an erroneous diary entry in her calender, she mistakenly thought said response was not due until Friday, October 29, 2004.

3. On October 26, 2004, she underwent emergency dental surgery that has essentially incapacitated her for the next couple of days.

4. She asked the undersigned to file a Motion to Extend on her behalf due to her medical condition.

Furthermore, after consulting with a staff attorney at Bureau of Prisons, it is my understanding that petitioner is no longer in the custody of Bureau of Prisons. Petitioner reported to Bureau of Prisons that he now resides at 7 Laurel Avenue, Ware, Massachusetts.

Signed under the pains and penalties of perjury this 27th day of October, 2004.

                                                /s/Rayford A. Farquhar
                                                Rayford A. Farquhar
                                                Assistant U.S. Attorney