IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT PORTIER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO.: 04-40133-NG |
| ) | |
| DAVID WINN, Warden, ) | |
| ) | |
| Respondent. ) | |

**RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT**

The Respondent David L. Winn, through his undersigned counsel, respectfully moves to dismiss the above-captioned Petition For Writ of Habeas Corpus ("Petition") as moot. As reasons therefore, the Respondent submits the attached Memorandum of Law in Support of Respondent's Motion to Dismiss Petition as Moot.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Gina Walcott-Torres
Gina Walcott-Torres, Assistant U.S. Attorney
John Joseph Moakley U. S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
November 5, 2004     617-748-3100

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon Petitioner Robert Portier, 7 Laurel Avenue, Ware, Massachusetts 01082 (which is the last known address for the Petitioner, post-release), by first class, postage prepaid mail on November 5, 2004.

/s/ Gina Walcott-Torres
Gina Walcott-Torres