UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------x
ROBERT PORTIER,                          :
                                         :
            Petitioner,                  :
    v.                                   :   Civil Action No. 04-40133
                                         :
DAVID L. WINN, Warden                    :
                                         :
            Respondent.                  :
-------------------------------------------------------x

## DECLARATION OF ANN H. ZGRODNIK

I, Ann Zgrodnik, hereby make the following declaration:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center in Devens, Massachusetts (FMC Devens), as an Attorney Advisor. The legal office, from which I am located, is the Consolidated Legal Center - Devens. I have been employed at this position since approximately February 10, 2002.

2. As an Attorney Advisor, I have access to numerous records maintained in the ordinary course of business at FMC Devens regarding federal prisoners, including, but not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons computerized data base, SENTRY.

3. On November 5, 2004, I ran a SENTRY search to determine the status of Robert Portier, Reg. No. 90662-038, and whether Petitioner is still in the custody of the Bureau of Prisons. Review of his Public Information Data Sheet reveals that Petitioner was released from FMC Devens on September 29, 2004, via Good Conduct Time. A true and accurate copy of the Public Information Inmate Data sheet for Petitioner Robert Portier is attached as Document A.

4. Attached hereto please find true and correct copies of the following documents:

    A.  Public Information Data for inmate Robert Portier, Reg. No. 90662-038.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 5th day of November, 2004.

Ann H. Zgrodnik
Attorney Advisor
Consolidated Legal Center - Devens