```
DEVCH                         *    PUBLIC INFORMATION    *       11-05-2004
PAGE 001                              INMATE DATA                 15:08:38
                                   AS OF 11-05-2004

REGNO..: 90662-038  NAME: PORTIER, ROBERT
COMP NO: 010           ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS           RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                       PHONE..: 617-565-4293    FAX: 617-565-4297
                                                RACE/SEX...: WHITE / MALE
FBI NUMBER.: 751294XB5                          DOB/AGE....: 10-18-1943 / 61
ACTUAL RELEASE METH.: GCT REL
ACTUAL RELEASE DATE.: 09-29-2004
-------------------------------- ADMIT/RELEASE HISTORY --------------------------------
FCL    ASSIGNMENT  DESCRIPTION                   START DATE/TIME  STOP  DATE/TIME
CBN    GCT REL     GOOD CONDUCT TIME REL (CCCA)  09-29-2004 0900  CURRENT
CBN    A-DES       DESIGNATED, AT ASSIGNED FACIL 08-31-2004 1105  CURRENT
7-F    RELEASE     RELEASED FROM IN-TRANSIT FACL 08-31-2004 1105  09-29-2004 0900
7-F    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-31-2004 1105 08-31-2004 1105
DEV    FURL TRANS  FURL W/UNESCORTED TRF TO A CCC 08-31-2004 0807 08-31-2004 1105
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL 01-03-2003 1312  08-31-2004 0807
0-P    RELEASE     RELEASED FROM IN-TRANSIT FACL 01-03-2003 1312  01-03-2003 1312
0-P    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-04-2002 1241 01-03-2003 1312

G0002         MORE PAGES TO FOLLOW . . .
```

```
DEVCH                                                                     11-05-2004
PAGE 002            *         PUBLIC INFORMATION         *       15:08:38
                              INMATE DATA
                            AS OF 11-05-2004

REGNO..: 90662-038 NAME: PORTIER, ROBERT
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                      PHONE..: 617-565-4293    FAX: 617-565-4297
CBN    ADMIN REL   ADMINISTRATIVE RELEASE         12-04-2002 1241 12-04-2002 1241
CBN    A-ADMIN     ADMINISTRATIVE ADMISSION       12-04-2002 1238 12-04-2002 1241




G0002       MORE PAGES TO FOLLOW . . .
```

Case 4:04-cv-40133-NG   Document 7   Filed 11/05/2004   Page 3 of 7

```
REGNO..: 90662-038 NAME: PORTIER, ROBERT
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                   PHONE..: 617-565-4293    FAX: 617-565-4297
PRE-RELEASE PREPARATION DATE: 07-29-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  09-29-2004 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 -------------------

COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 3: 02 CR 30017 001
JUDGE...........................: PONSOR
DATE SENTENCED/PROBATION IMPOSED: 11-08-2002
DATE COMMITTED..................: 01-03-2003
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 90662-038 NAME: PORTIER, ROBERT
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                    PHONE..: 617-565-4293    FAX: 617-565-4297

                  FELONY ASSESS   MISDMNR ASSESS    FINES           COSTS
NON-COMMITTED.:   $100.00         $00.00            $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO    SERVICES:  NO         AMOUNT: $00.00

------------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   511
OFF/CHG: 18:2252(A)(2)-RECEIPT AND DISTRIBUTION OF CHILD
         PORNOGRAPHY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS


G0002        MORE PAGES TO FOLLOW . . .
```

11/05/2004 15:53   9787951040   FMC DEVENS LEGAL   PAGE 07/09
Case 4:04-cv-40133-NG   Document 7   Filed 11/05/2004   Page 5 of 7
DEVEN
PAGE 005                         *       PUBLIC INFORMATION       *       11-05-2004
                                         INMATE DATA                      15:08:38
                                         AS OF 09-29-2004

```
REGNO..: 90662-038 NAME: PORTIER, ROBERT
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                     PHONE..: 617-565-4293     FAX: 617-565-4297
 TERM OF SUPERVISION.............:      3 YEARS
 DATE OF OFFENSE.................: 01-15-1999
```

-------------------------------PRIOR COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-29-2003 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

```
DATE COMPUTATION BEGAN..........: 01-03-2003
TOTAL TERM IN EFFECT............:     24 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      2 YEARS
EARLIEST DATE OF OFFENSE........: 01-15-1999
```

G0002         MORE PAGES TO FOLLOW . . .

```
                      INMATE DATA
                    AS OF 09-29-2004

REGNO..: 90662-038  NAME: PORTIER, ROBERT
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                    PHONE..: 617-565-4293    FAX: 617-565-4297

JAIL CREDIT....................:  FROM DATE   THRU DATE
                                  06-10-2002  06-10-2002

TOTAL PRIOR CREDIT TIME........: 1
TOTAL INOPERATIVE TIME.........: 0
TOTAL GCT EARNED AND PROJECTED.: 94
TOTAL GCT EARNED...............: 94
STATUTORY RELEASE DATE PROJECTED: 09-29-2004
SIX MONTH /10% DATE............: N/A
EXPIRATION FULL TERM DATE......: 01-01-2005

ACTUAL SATISFACTION DATE.......: 09-29-2004

G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 90662-038 NAME: PORTIER, ROBERT
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                      PHONE..: 617-565-4293    FAX: 617-565-4297
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CBN
ACTUAL SATISFACTION KEYED BY....: RAD

DAYS REMAINING..................: 94
FINAL PUBLIC LAW DAYS...........: 0




S0039         ALL CURRENT COMPS ARE SATISFIED
```