UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT PORTIER, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 04-cv-40133-NG |
| ) | |
| DAVID L. WINN, ) | |
|     Respondent. ) | |

GERTNER, D.J.:

## JUDGMENT

Petitioner Robert Portier filed a petition seeking a writ of mandamus, pursuant to 28 U.S.C. § 1361, or writ of habeas corpus, pursuant to 28 U.S.C. § 2241, compelling respondent to re-calculate his sentence and award him good conduct time credit for his sentence imposed, rather than for his sentence actually served.  The crux of petitioner's argument is that the Bureau of Prisons has failed and continues to fail to calculate good time credits in accordance with the express provisions of 18 U.S.C. § 3624(b).  On November 5, 2004, respondent filed a motion to dismiss the petition as moot because Portier was released from federal custody on September 29, 2004.  Pursuant to United States v. Reid, 369 F.3d 619, 624 (1st Cir. 2004), Portier's release from federal custody does indeed render his petition moot, and it is hereby DISMISSED.

**SO ORDERED.**

**Dated: January 31, 2005**                  **s/ NANCY GERTNER U.S.D.J.**